Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
(310) 388-5624 Fax
Email: Larry@ZernerLaw.com

Attorneys for Plaintiff U2 Home Entertainment,, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT INC., dba CENTURY HOME ENTERTAINMENT, NEW IMAGE AUDIO & VIDEO AND TAISENG ENTERTAINMENT,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LINDA LUONG, an individual doing business as M&R Video; YUEH YUN HUANG HO, an individual doing business as HWA HSIN ENTERTAINMENT;  YUE YING WU, an individual doing business as CLASSIC ROMANCE COMPANY,<br><br>                    Defendants | Case No.: CV 07-07426 GW (Ex)<br><br>JUDGMENT PURSUANT TO STIPULATION AGAINST LINDA LUONG, INDIVIDUALLY AND DBA M&R VIDEO |

          Plaintiff U2 Home Entertainment, Inc., dba Century Home Entertainment,

New Image Audio & Video  and Tai Seng Entertainment ("Plaintiff") and

Defendant Linda Luong, individually and dba M&R Video ("Defendant"), having

generally appeared in the present action, submitted and consented to the

jurisdiction of the Court, and having stipulated to the entry of Judgment and

Permanent Injunction herein, and good cause appearing,

IT IS HEREBY ADJUDGED, DECREED AND ORDERED:

1.    Defendant, and each of her respective business premises wherever situated,

her respective proprietors, partners, shareholders, officers, directors, agents,

servants, employees, tenants, subtenants, assigns, and each of them, and all persons

acting in concert and participation with her, are hereby permanently enjoined and

restrained from infringing any and all of the respective copyright interests of

Plaintiff in and to audio-visual programming distributed by Plaintiff (collectively

"the Programs"), including, but not limited to all programs distributed on

videocassette, VCD or DVD, or in any other medium, in the future by Plaintiff, by,

among other things:

A.  Importing, copying, reproducing, duplicating or otherwise acquiring and/or

retaining all or any portions whatsoever of the Programs, whether on videocassette,

Video Compact Disc (VCD), Laserdisc (LD), Digital Video Disc (DVD) or

otherwise, and/or the packaging and promotional material therefor, including but

**Judgment pursuant to Stipulation (Luong)**

not limited to labels, signs, prints, posters, packages, wrappers, advertisements, and other printed or duplicated material, unless the Program displays an authentic "Tai Seng Entertainment" sticker signifying that the Program was originally purchased from Plaintiff.

B.  Advertising, promoting, distributing, offering for sale or rent, or renting or selling, or otherwise exploiting the Programs, and/or videocassettes or any other forms of reproduction of the Programs, or any portion thereof, unless the Program displays an authentic "Tai Seng Entertainment" sticker signifying that the Program was originally purchased from Plaintiff, and/or

C.  Permitting any person or entity within their control from doing any of the acts described above.

2.      The Court shall have continuing jurisdiction to enforce this Judgment and Permanent Injunction.

3.      The parties shall bear their own costs and attorneys' fees.

4.      Service by mail of the present Judgment and Permanent  Injunction on Defendants  is deemed sufficient notice under Rule 65 of the Federal Rules of Civil Procedure.  No acknowledgment of service in any form is required.

5.      If any action or any other proceeding is brought to enforce the [Proposed] Judgment and Permanent Injunction, the prevailing party shall be entitled to

**Judgment pursuant to Stipulation (Luong)**

recover its costs of suit, including reasonable attorneys' fees, incurred in bringing such action or other proceeding.

Date: February 1, 2008

_George H. Wu_

Judge of the United States District Court

Judgment pursuant to Stipulation (Luong)